and Lazansky, JJ., concur; Young, J., dissents, being of opinion that the stipulation at folio 40 of the record limits the issue to the reasonableness of the time of presentation of the note, and in effect concedes that the note was properly presented. The case was tried on this theory.

LOUIS RICHARD, Respondent, v. ST. SAVIOUR'S ROMAN CATHOLIC CHURCH IN THE BOROUGH OF BROOKLYN, CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

ELY ROSENBERG, etc., Respondent, v. MOUNT CARMEL CEMETERY ASSOCIATION and Others, Defendants. HANNAH SULLIVAN, as Receiver, etc., Appellant. (Appeal No. 1.) — Order denying motion to dismiss the complaint affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ., concur.

ELY ROSENBERG, etc., Respondent, v. MOUNT CARMEL CEMETERY ASSOCIATION and Others, Defendants. HANNAH SULLIVAN, as Receiver, etc., Appellant. (Appeal No. 2.) — Order granting motion to restrain prosecution of actions at law affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ., concur.

J. ARTHUR SEIDMAN, Respondent, Appellant, v. KERR STEAMSHIP COMPANY, INC., Appellant, Respondent. OLLIE NELSON, Defendant.— Upon defendant's appeal, judgment reversed upon the law and new trial granted, with costs to abide the event. We think that plaintiff cannot maintain this action to enforce an attorney's lien without bringing in his former client, the defendant Nelson, by service of summons personally or by publication. (*Oishei* v. *Pennsylvania R. R. Co.*, 101 App. Div. 473; *Oishei* v. *Pennsylvania R. R. Co.*, 117 id. 110; affd., 191 N. Y. 544; *Oishei* v. *Metropolitan Street Railway Co.*, *No. 1*, 110 App. Div. 709.) Upon plaintiff's appeal, we think the learned trial justice had power to reduce plaintiff's claim, and the appeal is dismissed, without costs. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

LOUIS SINGER, ELIAS SCHLEIN and MORRIS COHEN, Appellants, v. MOUNT CARMEL CEMETERY ASSOCIATION, Respondent.— Order denying plaintiffs' motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements, upon authority of *Sullivan* v. *Mount Carmel Cemetery Association* (*ante*, p. 309) decided herewith. Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ., concur.

LOUIS SINGER, ELIAS SCHLEIN and MORRIS COHEN, Plaintiffs, v. MOUNT CARMEL CEMETERY ASSOCIATION, Defendant. HANNAH SULLIVAN, as Receiver, etc., of TIMOTHY D. SULLIVAN, Deceased, Appellant, v. MOUNT CARMEL CEMETERY ASSOCIATION, Respondent. ARTHUR R. PERLS, Plaintiff, v. MOUNT CARMEL CEMETERY ASSOCIATION, Defendant.— Order consolidating actions affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ., concur.

LOUISA SOCIAS, Respondent, v. MAX SHEINART and SOLOMON YONTEFF, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

PHILLIP SONKIN, etc., Appellant, v. HANNAH SULLIVAN, as Receiver, etc., of the Estate of TIMOTHY D. SULLIVAN, Deceased, Respondent. MOUNT CARMEL CEMETERY ASSOCIATION and Others, Defendants.—.Order granting motion to